IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sims, Jerlene

Printed: 10/22/08

Case Number: 04 B 34937
Judge: Hollis, Pamela S
Filed: 9/21/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: October 2, 2008
Confirmed: November 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 69,234.00 |  |
| Secured: |  | 61,351.16 |
| Unsecured: |  | 1,311.01 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,144.76 |
| Trustee Fee: |  | 3,576.23 |
| Other Funds: |  | 850.84 |
| Totals: | 69,234.00 | 69,234.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,144.76 | 2,144.76 |
| 2. | Bank Of America | Secured | 29,886.01 | 29,886.01 |
| 3. | Bank Of America | Secured | 28,506.36 | 28,506.36 |
| 4. | Harbor Financial Group | Secured | 2,958.79 | 2,958.79 |
| 5. | Harbor Financial Group | Unsecured | 1,311.01 | 1,311.01 |
| 6. | Evergreen Med | Unsecured |  | No Claim Filed |
|  |  |  | $ 64,806.93 | $ 64,806.93 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 439.81 |
| 4% | 146.71 |
| 3% | 167.99 |
| 5.5% | 654.51 |
| 5% | 105.01 |
| 4.8% | 671.99 |
| 5.4% | 1,390.21 |
|  | $ 3,576.23 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Sims, Jerlene | Case Number: 04 B 34937 |
| | Judge: Hollis, Pamela S |
| Printed: 10/22/08 | Filed: 9/21/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

